UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| LOYCE HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV419-023 |
| | ) | |
| NATHAN BROOKS, Warden | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

Loyce Harris seeks relief from his state conviction and sentence pursuant to 28 U.S.C. § 2254. *See* doc. 1. His petition reveals that he is incarcerated at Telfair State Prison. *Id.* It further reveals that he was convicted in Daugherty County, Georgia. *Id.* at 2. This Court is, therefore, not the proper forum for his petition.

Federal law allows § 2254 petitions to be filed in the district within which petitioner was convicted or in the district within which he is confined. 28 U.S.C. § 2241(d); *Wright v. Indiana*, 263 F. App'x 794, 795 (11th Cir. 2008). Thus, this Court has jurisdiction over the petition.[1]

---

[1] The Clerk mistakenly filed this as a Savannah Division case, but Telfair County lies in this Court's Dublin Division. 28 U.S.C. § 90(c)(2). The mistake is moot, however, because this action is transferred to the Middle District of Georgia.

1

Nevertheless, it is the longstanding judicial policy and practice to funnel such petitions into the district within which the state prisoner was convicted, since that will be the most convenient forum. *Eagle v. Linahan,* 279 F.3d 926, 933 n. 9 (11th Cir. 2001); *see also Mitchell v. Henderson*, 432 F.2d 435, 436 (5th Cir. 1970); *see Wright*, 263 F. App'x at 795. That practice also fosters an equitable distribution of habeas cases between the districts. Daugherty County lies in the Middle District of Georgia. See 28 U.S.C. § 90(b)(5). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Middle District of Georgia for all further proceedings. See 28 U.S.C. § 1404(a) (permitting a district court to transfer any civil action to another district or division where it may have been brought for the convenience of parties and witnesses and in the interest of justice); *Rufus v. Kemp*, 2013 WL 2659983 at * 1 (S.D. Ga. June 12, 2013).

    **SO ORDERED,** this 25th day of January, 2019.

    _____
    Christopher L. Ray
    United States Magistrate Judge
    Southern District of Georgia